FILED
APR 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8289

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Ana Miriam GUTIERREZ-Limon, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about April 2, 2008, within the Southern District of California, defendant Ana Miriam GUTIERREZ-Limon did knowingly and intentionally import approximately 48.02 kilograms (105.64 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd, DAY OF APRIL 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ana Miriam GUTIERREZ-Limon

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Rafael Silva.

On April 2, 2008, at approximately 1021 hours, Ana Miriam GUTIERREZ-Limon entered the United States at the Calexico, California, West Port of Entry. Customs and Border Officer (CBPO) A. Lopez was manning primary. CBPO Lopez received a negative oral Customs declaration from GUTIERREZ. CBPO Lopez asked GUTIERREZ who the vehicle belonged to. GUTIERREZ stated the vehicle belonged to her brother-in-law. CBPO Lopez referred the vehicle to the secondary inspection area.

CBPO L. Ledbetter received the vehicle in the secondary inspection area. CBPO Ledbetter received a negative Customs declaration from GUTIERREZ. GUTIERREZ stated she was on her way to Wal-Mart. During the secondary inspection, CBPO Ledbetter pried open the passenger side quarter panel and observed packages wrapped in brown postal tape concealed inside the quarter panel.

A subsequent inspection by CBPO Ledbetter revealed 39 packages located in the both rear quarter panel and rear seat of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 39 packages had a combined net weight of approximately 48.02 kilograms (105.64 pounds).

GUTIERREZ was advised of her Miranda Rights, which she acknowledged and waived. GUTIERREZ denied knowledge of drugs in the vehicle. GUTIERREZ stated she was in San Luis, Mexico on the morning of April 2, 2008. GUTIRREZ'S brother-in-law called her asking her for a favor to drive a vehicle into the U.S. through Mexicali. GUTIERREZ stated she asked her sister for a ride to Mexicali. GUTIERREZ then drove the above mentioned vehicle into the Untied States. GUTIERREZ stated she was to meet her brother-in-law at Wal-Mart where she would give him the vehicle.