# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT ☐ OTHER PANEL (Specify below)
IN THE CASE OF: CJA vs.

**FILED**
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

PERSON REPRESENTED (Show your full name): Ana Miriam Gutierrez-Limon

**NOT FOR PUBLIC VIEW**

952,960

Charged With:
1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS: 08MJ8289

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
- Name and address of employer: Field worker 1 month
- IF YES, how much do you earn per month? $____
- IF NO, give month and year of last employment. How much did you earn per month $1,000
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month $____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $____

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No   IF YES, state total amount $20.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, GIVE VALUE AND DESCRIBE IT $____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3
- List persons you actually support and your relationship to them: children

**DEBTS & MONTHLY BILLS** (List all creditors including banks, loan companies, charge accounts, etc.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Pay |
|---|---|---|---|
| rent | utilities | $100 | $ |
| | food | $50 | $ |
| | | $500 | $ |

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)
I certify the above to be correct.
X Ana Gutie___   04/03/08

WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION...